IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 0 7 2004

Michael N. Milby
Clerk of Court

| FERNANDO MARROQUIN | § | CIVIL ACTION NO. |
| | § | |
| VS. | § | **B-04-061** |
| | § | |
| THE TOWN OF RANCHO VIEJO, TEXAS | § | |

---

## NOTICE OF REMOVAL

---

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COMES NOW the **TOWN OF RANCHO VIEJO, TEXAS**, Defendant in the above styled and numbered cause and files this its Notice of Removal of the present cause from the 197th Judicial District Court of Cameron County, Texas, in which it is now pending, to the United States District Court for the Southern District of Texas, Brownsville Division, and would show unto the Court as follows:

### I.

### <u>THE PETITIONER</u>

1.01    Town of Rancho Viejo, Texas, is Petitioner and Defendant in this lawsuit.

## II.

## <u>THE LITIGATION</u>

2.01    Petitioner is the Defendant in the civil lawsuit which is entitled (*Fernando Marroquin vs. The Town of Rancho Viejo, Texas and Robert McGinnis*), Cause No. 2003-09-4854-C in the 197th Judicial District Court of Cameron County, Texas.  On or about March 15, 2004, Plaintiff submitted his Objections, Answers and Responses to Defendant Town of Rancho Viejo, Texas' First Set of Interrogatories and Requests for Production, disclosing for the first time that his place of birth and citizenship is Tampico, Tamaulipas, Mexico and that he is not a citizen of the United States.  Complete diversity therefore exists between the parties.  A copy of Plaintiff's responses is attached hereto as **Exhibit No. 10** in the Index of Exhibits attached hereto as **Exhibit-A**.  Prior to that time, Plaintiff had merely alleged the jurisdiction of the state court by asserting he is a resident of the State of Texas.

## III.

3.01    Defendants are filing this Notice of Removal pursuant to 28 U.S.C. §1441(a) which provides that "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending."

3.02    Defendant is an entity existing and doing business in Cameron County, Texas, and the State of Texas.

3.03    Additional basis and authority for the removal of this action is pursuant to 42 U.S.C. §1446 entitled "Procedure for Removal," Sub-paragraph (b) of 28 U.S.C. §1446 provides:

> If the case stated by the initial pleading is not removable, a notice of removal may be filed within thirty days after receipt by the defendant, through service of otherwise, of a copy of an amended pleading, motion, order or other paper from which it may first be ascertained that the case is one which is or has become removable, except that a case may not be removed on the basis of jurisdiction conferred by section 1332 of this title more than 1 year after commencement of the action.

3.04    this action was commenced by the Plaintiff filing his Original Petition on September 28, 2003, less than one (1) year prior to the filing of this Notice. **Exhibit-A, No.2.** This Notice of Removal is now being filed within thirty (30) days of this Defendant's first notice that this action is or has become removable, through service of Plaintiff's Objections, Answers and Responses to Defendant Town of Rancho Viejo, Texas' First Set of Interrogatories and Requests for Production, insofar as this Defendant obtained a copy of Plaintiff's responses through service of process on or about March 15, 2004.  On receipt and review of the discovery responses, Plaintiff's disclosure that his country of citizenship is Tampico, Tamaulipas, Mexico, was first ascertained by Defendant herein, and this Notice of Removal is therefore now timely filed.

## IV.

4.01    True and correct copies of all pleadings and orders signed by the state judge contained in the District Clerk's File are attached hereto together with an Index of Exhibits attached hereto as **Exhibit-A.**  A certified copy of the Docket Sheet from the District Clerk's office of Cameron County, Texas, for this lawsuit is attached as **Exhibit No. 1** in the Index of

Exhibits attached hereto as **Exhibit-A.**  Copies of all process, pleadings and orders served upon Defendant are attached to the Index of Exhibits attached hereto as **Exhibit-A.**  Attached also hereto as **Exhibit-B**, is a list of all counsel of record in this case.

V.

5.01    The claims asserted by Plaintiff could have been filed in this Federal Court pursuant to 28 U.S.C. §1332.  Therefore, this Court has jurisdiction over this removal action pursuant to 28 U.S.C. §1441(a) since this is a civil action of which the Federal District Courts have original jurisdiction founded on a civil action where the amount in controversy exceeds $75,000, exclusive of interest and costs, and is between citizens of a State and citizens or subjects of a foreign State.

VI.

6.01    Defendant **TOWN OF RANCHO VIEJO, TEXAS** hereby demands a trial by the jury.

VII.

7.01    Defendant **TOWN OF RANCHO VIEJO, TEXAS**, hereby represents to this Court that the Cameron County District Clerk and all parties and their counsel are receiving notice and copies of all the pleadings associated with Defendant's Notice of Removal.

WHEREFORE, PREMISES CONSIDERED, Defendant **TOWN OF RANCHO VIEJO, TEXAS**, prays for removal of the above entitled cause of action from the 197th Judicial District Court of Cameron County, Texas, to this Court.

Signed on this the _6th_ day of April, 2004.

Respectfully submitted,

**LAW OFFICE**
**J. ARNOLD AGUILAR**
Artemis Square, Suite H-2
1200 Central Boulevard
Brownsville, Texas  78520
Telephone      :  (956) 504-1100
Facsimile      :  (956) 504-1408

By:   _____
                J. Arnold Aguilar
                State Bar No. 00936270
                Federal Adm. No. 6822

                John J. Jordan, Jr.
                State Bar No. 00796852
                Federal Adm. No. 21304

                Attorneys for Defendant,
                TOWN OF RANCHO VIEJO, TEXAS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing **NOTICE OF REMOVAL** has on this the _7th_ day of April, 2004, been forwarded via certified mail, return receipt requested to:

Mr. Ernesto Gamez
Mr. Reynaldo G. Garza, III
**LAW OFFICE OF ERNESTO GAMEZ, JR., P.C.**
777 East Harrison
Brownsville, TX 78520


J. Arnold Aguilar



## INDEX OF EXHIBITS

1.   Certified copy of the Docket Sheet;

2.   Plaintiff's Original Petition;

3.   Citation on Defendant Town of Rancho Viejo, Texas;

4.   Citation on Defendant Robert McGinnis;

5.   Defendants' (Town & McGinnis) Original Answer;

6.   Motion to Dismiss Officer Robert McGinnis;

7.   Defendants' Motion for Hearing on Defendants' Special Exceptions;

8.   Order Setting Hearing on Defendants' Special Exceptions;

9.   Order Setting Hearing on Defendants' Motion to Dismiss Officer Robert McGinnis;

10.  Order Granting Defendant's Motion to Dismiss Officer Robert McGinnis;

11.  Order on Defendants' Special Exceptions;

12.  Defendant's (Town) Request for Jury Trial;

13.  Motion for Trial Setting;

14.  Order Setting Hearing on Motion for Trial Setting; and,

15.  Plaintiff's Objections, Answers and Responses to Defendant Town of Rancho Viejo, Texas' First Set of Interrogatories and Requests for Production.

# EXHIBIT NO. 1

RUN DATE 04/07/04
RUN TIME 10:24 AM

* * * * C L E R K ' S   E N T R I E S * * * *

THE TOWN OF RANCHO VIEJO, TEXAS & ROBERT MCGINNIS

VS

FERNANDO MARROQUIN

00009901
HON. ERNESTO GAMEZ, JR.
777 E. HARRISON STREET
BROWNSVILLE, TX.    78520 0000

(10)

00361701
HON. J. ARNOLD AGUILAR
1200 CENTRAL BLVD. - STE. H-2
BROWNSVILLE, TX.    78520 0000

DAMAGES

| Date | Entry |
|---|---|
| 09/29/03 | ORIGINAL PETITI... |
| 09/30/03 | CITATION: THE T... TEXAS |
| 09/30/03 | SERVED: 10/0... |
| 09/30/03 | CITATION: ROBER... |
| 09/30/03 | SERVED: 10/0... |
| 10/27/03 | ORIGINAL ANSWER... VIEJO, TEXAS |
| 10/27/03 | DEFTS' MOTION F... |
| 10/27/03 | DEFT'S CERT. OF... OF RANCHO VIEJO |
| 10/27/03 | MOTION TO DISMI... |
| 01/27/04 | JURY FEE: Pd. b... McGINNIS /JC |
| 01/27/04 | DEFT'S REQUEST... |
| 02/09/04 | MOTION FOR TRIA... |
| 02/12/04 | DEFT'S CERTIFIC... DISCOVERY /JC |

| Date | Entry |
|---|---|
| 11/04/03 | HEARING ON DEFTS' MOTION FOR HEARING DEFTS' SPECIAL EXCEPTIONS SET FOR NOVEMBER 17, 2003 AT 9:00 A.M. |
| 11/04/03 | HEARING ON DEFT TOWN OF RANCHO VIEJO, TX MTN TO DISMISS OFFICER ROBERT MCGINNIS SET FOR NOVEMBER 17, 2003 AT 9:00 A.M. MLOPEZ/JC |
| 11/17/03 | ORDER ON DEFTS' SPECIAL EXCEPTIONS SIGNED FOR ENTRY Ml/jc |
| 11/17/03 | ORDER OF DISMISSAL MLOPEZ/JC (AS TO OFFICER ROBERT McGINNIS) |
| 11/17/03 | TRIAL SETTING SET FOR FEBRUARY 26, 2004 AT 10:00 A.M. (TELEPHONICALLY) MLOPEZ/JC |
| 02/06/04 | Trial set for CM/08/23/04 @ 9am w/ann 08/20/04 @ 9am. Order to be submitted by Parties...ml/sb |

A TRUE COPY I CERTIFY
AURORA DE LA GARZA, CLERK
DISTRICT COURT CAMERON COUNTY TEXAS
DATE 4-07-04
BY _____ DEPUTY

EXHIBIT NO. 2

CAUSE NO. 2003-09-4854

| | | |
|---|---|---|
| FERNANDO MARROQUIN | § | IN THE DISTRICT COURT OF |
| | § | |
| VS. | § | CAMERON COUNTY, TEXAS |
| | § | |
| | § | |
| THE TOWN OF RANCHO VIEJO, | § | |
| TEXAS, and ROBERT MCGINNIS | § | 197 JUDICIAL DISTRICT |

## PLAINTIFF'S ORIGINAL PETITION

### TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, FERNANDO MARROQUIN, hereinafter referred to as Plaintiff, complaining of the Town of Rancho Viejo, Texas and Town of Rancho Viejo, Police Officer Robert McGinnis, hereinafter referred to as Defendants, and for cause of action would respectfully show the Court and jury the following:

### I.

### APPLICABLE DISCOVERY LEVEL

1.01    Plaintiff anticipates discovery to be conducted under discovery level 2 as provided by Texas Rule of Civil Procedure 190.

### II.

2.01    Plaintiff is an individual and a resident of the town of Rancho Viejo, Cameron County, Texas.

2.02    Defendant Town of Rancho Viejo is a municipality located in Cameron County, Texas and may be served at 3461 Carmen Ave, Rancho Viejo, Texas 78575 through its' City Secretary and City Manager Cheryl Kretz.

**2.03**    Defendant Robert McGinnis may be served at his place of employment the Town of Rancho Viejo Police Department at 3461 Carmen Ave, Rancho Viejo, Texas 78575.

### III.

**3.01**    Venue of this action is proper in Cameron County, Texas, as the acts complained of have occurred in Cameron County, Texas. Jurisdiction is proper in the State District Courts of Cameron County.

### IV.

**4.01**    Plaintiff brings this suit to recover damages for personal injuries sustained at the hands of Defendants on October 1, 2001. At all times complained of, Officer Robert McGinnis was acting within the scope of his employment for the Town of Rancho Viejo, Texas.

### V.

**5.01**    On October 1, 2001, Plaintiff was arrested, apparently without just cause, outside his residence by Officer Robert McGinnis of the Town of Rancho Viejo Police Department. Plaintiff was subsequently transported by Officer Robert McGinnis of the Town of Rancho Viejo Police Department to the Cameron County Jail. During said transport Plaintiff was at all times handcuffed and in the narrow and cramped backseat of the officer's pickup truck.

**5.02**    Upon arrival at the County Jail, Plaintiff could not get out of the pickup truck because his foot was caught due to the manner in which he was inserted into the pickup truck and the small size of the cab/back seat of the pickup truck. Officer Robert McGinnis of the Town of Rancho Viejo Police Department proceeded to grab him by the shirt and remove the Plaintiff from the cab/backseat of the pickup truck. The Plaintiff clearly and unambiguously notified officer Robert McGinnis that his foot was stuck under the seat. Officer Robert

McGinnis continued to proceed and forcibly remove Plaintiff and thereby injured the Plaintiff.

## VI.

6.01    Plaintiff brings this action against Officer Robert Mcginnis individually as it was the reckless and brutal conduct engaged in by Defendant Mcginnis. His gross negligence and reckless conduct in the mistreatment of the Plaintiff caused severe and permanent injury to the Plaintiff. The Town of Rancho Viejo, Texas was negligent in failing, through its agency the Town's Police Department, to properly train and control the Defendant and is responsible for the acts and omissions of Defendant Mcginnis under the doctrine of respondeat superior, as Defendant Mcginnis was acting within the scope of his employment with Defendant Town of Rancho Viejo.

## VII.

7.01    As a result of the acts of the Defendants as herein described, Plaintiff has suffered personal injuries. Plaintiff has experienced physical pain and mental anguish and will, in reasonable probability, continue to do so in the future by reason of the nature and severity of his injuries. Plaintiff has been caused to incur medical charges and expenses in the past and will, in reasonable probability, continue to incur medical expenses in the future for treatment of his injuries.

## VIII.

8.01    By reason of the above and foregoing, Plaintiff has been damaged and such damages are greater than the minimum jurisdictional limits of this Honorable Court.

## IX.

9.01   All causes of action raised by this pleading are brought forth pursuant to the Texas Tort Claims Act, and are raised against the Defendants for the condition or use of personal property and the use of an automobile.

9.02   Defendant, Town of Rancho Viejo, Texas, has been on notice of Plaintiff's claim by written Notice sent on March 14, 2002, which was received by the Town of Rancho Viejo on March 18, 2003, which is within six months of the accrual of the cause of action.

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that upon a final trial of this cause, Plaintiff recover as follows:

1.   Judgment against Defendants, jointly and severally, for Plaintiff's damages as set forth above;

2.   Interest on said judgment at the legal rate from the date of judgment;

3.   Prejudgment interest on Plaintiff's damages as allowed by law;

4.   Costs of court; and

5.   Such other and further relief to which Plaintiff may be justly entitled at equity or at law.

Respectfully submitted.

**LAW OFFICES OF**
**ERNEST GAMEZ, JR., P.C.**
777 E. Harrison
Brownsville, Texas 78520
TEL/ (956) 541-3820
FAX/ (956) 541-7694

BY: _____

**ERNESTO GAMEZ, JR.**
State Bar No. 07606600
CCID No. 9901

**REYNALDO G. GARZA, III**
State Bar No. 24008806

Attorneys for the Plaintiff



No. 2003-09-004854-C

# THE STATE OF TEXAS

NOTICE TO DEFENDANT: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

TO: THE TOWN OF RANCHO VIEJO, TEXAS
SERVING ITS' CITY SECRETARY
& CITY MANAGER CHERYL KRETZ
3461 CARMEN AVENUE
RANCHO VIEJO, TEXAS 78575

**LAWSUIT**

the _____DEFENDANT_____, GREETING:

You are commanded to appear by filing a written answer to the

PLAINTIFF'S ORIGINAL PETITION

at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable District Court 197th Judicial District of Cameron County, Texas at the Courthouse of said county in Brownsville, Texas. Said _____PETITION_____ was filed on SEPTEMBER 29, 2003. A copy of same accompanies this citation.

The file number of said suit being No. 2003-09-004854-C.

The style of the case is:

FERNANDO MARROQUIN
VS.
THE TOWN OF RANCHO VIEJO, TEXAS & ROBERT MCGINNIS

Said petition was filed in said court by _____HON. ERNESTO GAMEZ, JR._____
(Attorney for _____PLAINTIFF_____), whose address is
777 E. HARRISON STREET BROWNSVILLE, TX. 78520.

The nature of the demand is fully shown by a true and correct copy of the Petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Brownsville, Texas, this the 30th day of SEPTEMBER, A.D. 2003.

_____AURORA DE LA GARZA_____, DISTRICT CLERK
Cameron County, Texas
974 E. Harrison St.
Brownsville, Texas 78521

By: _____ Deputy

RETURN OF OFFICER

Came to hand the _1st_ day of _October_, _2003_, at _9:00_ o'clock _A_.M., and executed (not executed) on the _7th_ day of _October_, _2003_, by delivering to _City secretary & City manager_ _Cheryl Kretz_ in person a true copy of this Citation, upon which I endorsed the date of delivery, together with the accompanying copy of the _Plaintiffs Original Petition_.

Cause of failure to execute this citation is: _____

_____

FEES serving 1 copy

Total....... $_____          Sheriff/constable _Cameron_ County, TEXAS

Fees paid by:_____      By _____ Deputy

GAMEZ PROCESS SERVICE
777 E. Harrison
Brownsville TX 78520

# EXHIBIT NO. 4

No. 2003-09-004854-C     **COPY**

T H E    S T A T E    O F    T E X A S

    **NOTICE TO DEFENDANT:** You have been sued. You may employ an attorney. If ou or your attorney do not file a written answer with the clerk who issued this itation by 10:00 a.m. on the Monday next following the expiration of twenty ays after you were served this citation and petition, a default judgment may be aken against you.

O: ~~ROBERT MCGINNIS~~
    PLACE OF EMPLOYMENT
    TOWN OF RANCHO VIEJO POLICE
    3461 CARMEN AVENUE
    RANCHO VIEJO, TEXAS 78575

.he     DEFENDANT    , GREETING:

    You are commanded to appear by filing a written answer to the

'LAINTIFF'S ORIGINAL PETITION

it or before 10:00 o'clock a.m. of the Monday next after the expiration of 20 lays after the date of service of this citation before the Honorable District 'ourt 197th Judicial District of Cameron County, Texas at the Courthouse of said 'county in Brownsville, Texas. Said     PETITION     was filed on 5EPTEMBER 29, 2003. A copy of same accompanies this citation.

The file number of said suit being No. 2003-09-004854-C.

The style of the case is:

FERNANDO MARROQUIN
VS.
THE TOWN OF RANCHO VIEJO, TEXAS & ROBERT MCGINNIS

Said petition was filed in said court by     HON. ERNESTO GAMEZ, JR. (Attorney for     PLAINTIFF    ), whose address is 777 E. HARRISON STREET BROWNSVILLE, TX. 78520

    The nature of the demand is fully shown by a true and correct copy of the Petition accompanying this citation and made a part hereof.

    The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

    Issued and given under my hand and seal of said Court at Brownsville, Texas, this the 30th day of SEPTEMBER, A.D. 2003.

AURORA DE LA GARZA    , DISTRICT CLERK
Cameron County, Texas
974 E. Harrison St.
Brownsville, Texas 78521
By: _____ Deputy

R E T U R N   O F   O F F I C E R

ame to hand the ___1st___ day of __October__, __2003__, at __9:00__ o'clock __A__.M., and

xecuted (not executed) on the ___7th___ day of __October__, __2003__ by delivering to

_Robert McGinnis_____ in person a true copy of this Citation,

pon which I endorsed the date of delivery, together with the accompanying copy

f the _Plaintiffs Original Petition_____

ause of failure to execute this citation is: _____

_____

EES serving 1 copy          _____

otal....... $_____     Sheriff/constable _Cameron_____ County, TEXAS

es paid by:_____   By _Ruby Nami_____ Deputy



COPY

CAUSE NO. 2003-09-4854-C

FILED
AURORA DE LA GARZA
OCT 27 2003
DISTRICT COURT OF CAMERON COUNTY, TEXAS
Ray Lopez Jr. DEPUTY

| | | |
|---|---|---|
| FERNANDO MARROQUIN | § | IN THE DISTRICT COURT OF |
| | § | |
| VS. | § | CAMERON COUNTY, TEXAS |
| | § | |
| THE TOWN OF RANCHO VIEJO, | § | |
| TEXAS and ROBERT MCGINNIS | § | 197TH JUDICIAL DISTRICT |

---

## DEFENDANTS' ORIGINAL ANSWER

---

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW the **TOWN OF RANCHO VIEJO, TEXAS** and **ROBERT McGINNIS**, and file this their Original Answer to Plaintiff's Original Petition, and for such Original Answer would respectfully show unto the Court the following:

### I.

### SPECIAL EXCEPTIONS

(A)    Defendant **TOWN OF RANCHO VIEJO, TEXAS**, specially excepts to the entirety of Plaintiff's Original Petition, on the basis that Plaintiff has failed to identify how he may maintain an action against this Defendant, notwithstanding its immunity from suit and from liability herein.

(B)    Defendants **TOWN OF RANCHO VIEJO, TEXAS** and Officer **ROBERT McGINNIS** specially except to Paragraph 6.01 of Plaintiff's Original Petition, wherein Plaintiff alleges the liability of Defendant Officer Robert McGinnis for actions taken within the scope of his employment, on the basis that Plaintiff has failed to identify how he may maintain an action

against Defendant McGinnis, notwithstanding the restrictions of Texas Civil Practice & Remedies Code §101.106.

      (C)    Defendant **ROBERT McGINNIS** specially excepts to Paragraph 6.01, and the entirety of Plaintiff's Original Petition, wherein Plaintiff alleges the liability of this Defendant for gross negligence and reckless conduct, on the basis that Plaintiff has failed to identify how he may maintain an action against this Defendant, notwithstanding his entitlement to qualified immunity and dismissal pursuant to Texas Civil Practice & Remedies Code §101.106 herein.

      (D)    Defendant **TOWN OF RANCHO VIEJO, TEXAS,** specially excepts to Paragraph 6.01 of Plaintiff's Original Petition, wherein Plaintiff alleges the liability of this Defendant for negligence in failing to properly train and control "the Defendant," on the basis that Plaintiff has failed to identify how he may maintain an action for such allegations, notwithstanding the restrictions of Texas Civil Practice & Remedies Code §101.021 & §101.056.

      (E)    Defendant **TOWN OF RANCHO VIEJO, TEXAS,** further specially excepts to Paragraph 6.01 of Plaintiff's Original Petition, wherein Plaintiff alleges the liability of this Defendant for the acts and omissions of Defendant McGinnis pursuant to the doctrine of *respondeat superior,* on the basis that Plaintiff has failed to identify how he may maintain an action against this Defendant for such allegations, notwithstanding the restrictions of Texas Civil Practice & Remedies Code §101.021.

(F)     Defendant **TOWN OF RANCHO VIEJO, TEXAS**, specially excepts to Paragraph 9.01 of Plaintiff's Original Petition, wherein Plaintiff alleges a cause of action against this Defendant pursuant to the Texas Tort Claims Act for a condition or use of personal property and use of an automobile, on the basis that Plaintiff has failed to identify how he was injured through any condition or use of personal property or an automobile.

(G)     Defendants specially except to item no. 1 in the Prayer in Plaintiff's Original Petition, wherein Plaintiff seeks recovery jointly and severally from Defendants, on the basis that Plaintiff has failed to identify any basis on which any Defendant would be jointly and severally liable for the actions of the other.

(H)     Defendants **TOWN OF RANCHO VIEJO, TEXAS** and **ROBERT McGINNIS**, specially except to the entirety of Plaintiff's Original Petition, on the basis that Plaintiff has failed to identify or specify the amount of damages sought for each cause of action alleged, or the total maximum amount of damages sought, pursuant to Texas Rules of Civil Procedure 74 and 90.

Defendants **TOWN OF RANCHO VIEJO, TEXAS** and **ROBERT McGINNIS** would therefore request that upon notice and hearing, that this Court grant the above special exceptions and order Plaintiff to replead in conformity with the Special Exceptions listed herein, and if Plaintiff is unable to so replead, that this Court dismiss each of such claims or causes of action against these Defendants on which he is unable to do so.

## II.

## GENERAL DENIAL

Defendants **TOWN OF RANCHO VIEJO, TEXAS** and **ROBERT McGINNIS**, deny each and every, all and singular, the allegations contained in Plaintiff's Original Petition, and demand strict proof thereof at the trial of this cause.

## III.

## AFFIRMATIVE DEFENSES

Defendants **TOWN OF RANCHO VIEJO, TEXAS** and **ROBERT McGINNIS**, still urging and relying on the matters hereinabove alleged, by way of further answer, if any need there be, further allege by way of affirmative defenses the following:

(1) Plaintiff cannot recover, directly or indirectly, from Defendant **TOWN OF RANCHO VIEJO, TEXAS** because of the Doctrine of Sovereign Immunity;

(2) Plaintiff cannot recover, directly or indirectly, from Defendant **TOWN OF RANCHO VIEJO, TEXAS,** because the Texas Tort Claims Act does not allow Plaintiff's claims and this Defendant's sovereign immunity has not been waived;

(3) In the alternative, if it is determined that the Texas Tort Claims Act does apply to Plaintiff's claims, Defendant **TOWN OF RANCHO VIEJO, TEXAS** hereby invokes the statutory limit on damages contained in the Act;

(4) Defendant **ROBERT McGINNIS** would show that he is entitled to official or qualified immunity for all allegations raised against him in this action, and Plaintiff cannot recover, directly or indirectly, from this Defendant because the Texas Tort Claims Act and the laws of the State of Texas do not allow for Plaintiff's causes of action against this Defendant, and this Defendant's entitlement to official or qualified immunity has not been waived;

(5) Defendants **TOWN OF RANCHO VIEJO, TEXAS** and **ROBERT McGINNIS** would show that Robert McGinnis is entitled to official immunity and dismissal for all claims raised, or that could be raised, against him, pursuant to Texas Civil Practice & Remedies Code §101.106;

(6)   Should it be determined that Defendant **ROBERT McGINNIS** is not entitled to qualified or official immunity, Defendant would further invoke the statutory limitation of liability set out in the Texas Civil Practice & Remedies Code Chapter 108;

(7)   In the alternative, should it be determined that the Texas Tort Claims Act allows Plaintiff's claim to be asserted against these Defendants, Defendants the **TOWN OF RANCHO VIEJO, TEXAS** and **ROBERT McGINNIS** would hereby invoke the statutory limit on damages contained in such Act, including but not limited to, the statutory cap on damages and the bar against punitive or exemplary damages;

(8)   Any loss or damages sustained by the Plaintiff at the time and place, and on the occasion, mentioned in Plaintiff's Original Petition were caused in whole or in part, or contributed to, by the negligence or fault of the Plaintiff, Fernando Marroquin, and not by any negligence or fault or want of care on the part of these Defendants, and Defendants invoke the Doctrine of Comparative Responsibility; and,

(9)   In the alternative, Defendants **TOWN OF RANCHO VIEJO, TEXAS** and **ROBERT McGINNIS** would show that Plaintiff's alleged injuries and damages were caused, in whole or in part, or contributed to, by the negligence, fault or want of care of parties, persons, or instrumentalities over whom these Defendants exercised no control and for whose acts these Defendants are not under the law responsible.

## IV.

Without waiving the foregoing General Denial and Special Exceptions, but still insisting upon the same, for further answer if any be necessary, and as separate defenses, Defendants **TOWN OF RANCHO VIEJO, TEXAS** and **ROBERT McGINNIS** reserve the right to file any and all cross-actions, third-party actions, counterclaims, motions, verified denials, and discovery as they may deem proper.

WHEREFORE, PREMISES CONSIDERED, Defendants **TOWN OF RANCHO VIEJO, TEXAS** and **ROBERT McGINNIS**, pray that upon final trial and hearing hereof that they have judgment on their behalf, together with costs, and that Plaintiff go hence without day, and that Defendants have such other and further relief, both special and general, at law and in equity, to which they may show themselves to be justly entitled.

Signed on this the 27th day of October, 2003.

Respectfully submitted,

**LAW OFFICE**
**J. ARNOLD AGUILAR**
Artemis Square, Suite H-2
1200 Central Boulevard
Brownsville, Texas 78520
Telephone    : (956) 504-1100
Facsimile    : (956) 504-1408

By: _____
J. Arnold Aguilar
State Bar No. 00936270

John J. Jordan, Jr.
State Bar No. 00796852

Attorneys for Defendants,
TOWN OF RANCHO VIEJO, TEXAS
and ROBERT McGINNIS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing **DEFENDANTS' ORIGINAL ANSWER** has on this the 27th day of October, 2003, been forwarded via certified mail, return receipt requested to:

Mr. Ernesto Gamez
Mr. Reynaldo G. Garza, III
**LAW OFFICE OF ERNESTO GAMEZ, JR., P.C.**
777 East Harrison
Brownsville, TX 78520

_____
J. Arnold Aguilar

# EXHIBIT NO. 6

FILED ... O'CLOCK ... M
AUF    ...E LA GARZA DIST. CLERK
OCT 27 2003
DISTRICT COURT OF CAMERON COUNTY, TEXAS
...    ... DEPUTY
COPY

CAUSE NO. 2003-09-4854-C

| | | |
|---|---|---|
| FERNANDO MARROQUIN | § | IN THE DISTRICT COURT OF |
| | § | |
| VS. | § | CAMERON COUNTY, TEXAS |
| | § | |
| THE TOWN OF RANCHO VIEJO, | § | |
| TEXAS and ROBERT MCGINNIS | § | 197TH JUDICIAL DISTRICT |

## MOTION TO DISMISS OFFICER ROBERT McGINNIS

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the **TOWN OF RANCHO VIEJO, TEXAS**, and files this its Motion to Dismiss all claims against its employee, Officer Robert McGinnis, pursuant to Texas Civil Practice & Remedies Code §101.106, and for such motion would respectfully show unto the Court the following:

### I.

### PROCEDURAL HISTORY

On September 29, 2003, Plaintiff filed suit against the Town of Rancho Viejo, Texas, and Officer Robert McGinnis, alleging injuries suffered during his arrest by Officer McGinnis. Plaintiff alleges "[a]t all times complained of, Officer Robert McGinnis was acting within the scope of his employment for the Town of Rancho Viejo, Texas." Plntf's Orig. Pet., §4.01. Plaintiff alleges he was injured when he was arrested by Officer McGinnis. *Id.*, §5.02.

## II.

## TEXAS CIVIL PRACTICE & REMEDIES CODE §101.106

With the enactment of House Bill No. 4, the legislature amended the Texas Tort Claims Act as it related to a Plaintiff's election of remedies against a governmental entity and its employees. TEX.CIV.PRAC. & REM. CODE §101.106 (Vernon Supp. 2003). A copy of amended §101.106 is attached hereto as **Exhibit-A**. The legislature specially provided that the changes to §101.106 applied to all actions filed on or after September 1, 2003. **An Act Relating to Reform of Certain Procedures and Remedies in Civil Actions**, 79th Leg. Ch. 204, §23.02(a) & (d) (June 2, 2003). A copy of H.B.No. 4, §23.02, is attached hereto as **Exhibit-B**. Section 101.106(e) provides as follows:

> If a suit is filed under this chapter against both a governmental unit and any of
> its employees, the employees shall immediately be dismissed on the filing of a
> motion by the governmental unit.

Plaintiff's claims against Defendant Officer Robert McGinnis are only for his actions taken "within the scope of his employment for the Town of Rancho Viejo, Texas." Plntf's Orig. Pet. §§4.01 & 6.01. Section 101.106(e) is unambiguous in providing that Officer McGinnis *shall immediately be dismissed* on Defendant Town of Rancho Viejo's filing this Motion for Dismissal. Defendant Town of Rancho Viejo, Texas, therefore requests immediate dismissal of all claims against Officer McGinnis.

WHEREFORE, PREMISES CONSIDERED, Defendant **TOWN OF RANCHO VIEJO, TEXAS**, respectfully requests that the Court grant this Motion to Dismiss Officer Robert McGinnis and enter an order for immediate dismissal, and that Defendants be granted such other and further relief to which they may be entitled, whether general or special, at law and in equity.

Signed on this the 27th day of October, 2003.

Respectfully submitted,

**LAW OFFICE**
**J. ARNOLD AGUILAR**
Artemis Square, Suite H-2
1200 Central Boulevard
Brownsville, Texas  78520
Telephone    :  (956) 504-1100
Facsimile    :  (956) 504-1408

By:  _____
J. Arnold Aguilar
State Bar No. 00936270

Attorney for Defendant,
TOWN OF RANCHO VIEJO, TEXAS

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the above and foregoing **MOTION TO DISMISS OFFICER ROBERT McGINNIS** has on this the 27th day of October, 2003, been forwarded via certified mail, return receipt requested to:

Mr. Ernesto Gamez
Mr. Reynaldo G. Garza, III
**LAW OFFICE OF ERNESTO GAMEZ, JR., P.C.**
777 East Harrison
Brownsville, TX 78520

_____
J. Arnold Aguilar

# EXHIBIT-A

| Citation | Found Document | Rank 1 of 1 | Database |
|---|---|---|---|
| TX CIV PRAC & REM S 101.106 | | | TX-ST-ANN |

V.T.C.A., Civil Practice & Remedies Code § 101.106

**C**

### VERNON'S TEXAS STATUTES AND CODES ANNOTATED
### CIVIL PRACTICE AND REMEDIES CODE
### TITLE 5. GOVERNMENTAL LIABILITY
### CHAPTER 101. TORT CLAIMS
### SUBCHAPTER D. PROCEDURES

Copr. © West Group 2003. All rights reserved.

Current through end of 2003 Second Called Session

§ 101.106. Election of Remedies

(a) The filing of a suit under this chapter against a governmental unit constitutes an irrevocable election by the plaintiff and immediately and forever bars any suit or recovery by the plaintiff against any individual employee of the governmental unit regarding the same subject matter.

(b) The filing of a suit against any employee of a governmental unit constitutes an irrevocable election by the plaintiff and immediately and forever bars any suit or recovery by the plaintiff against the governmental unit regarding the same subject matter unless the governmental unit consents.

(c) The settlement of a claim arising under this chapter shall immediately and forever bar the claimant from any suit against or recovery from any employee of the same governmental unit regarding the same subject matter.

(d) A judgment against an employee of a governmental unit shall immediately and forever bar the party obtaining the judgment from any suit against or recovery from the governmental unit.

(e) If a suit is filed under this chapter against both a governmental unit and any of its employees, the employees shall immediately be dismissed on the filing of a motion by the governmental unit.

(f) If a suit is filed against an employee of a governmental unit based on conduct within the general scope of that employee's employment and if it could have been brought under this chapter against the governmental unit, the suit is considered to be against the employee in the employee's official capacity only. On the employee's motion, the suit against the employee shall be dismissed unless the plaintiff files amended pleadings dismissing the employee and naming the governmental unit as defendant on or before the 30th day after the date the motion is filed.

CREDIT(S)

Acts 1985, 69th Leg., ch. 959, § 1, eff. Sept. 1, 1985. Amended by Acts 2003, 78th Leg., ch. 204 ¿ 11.05, eff. Sept. 1, 2003.

<General Materials (GM) - References, Annotations, or Tables>

Copr. © West 2003 No Claim to Orig. U.S. Govt. Works

# EXHIBIT-B

H.B. No. 4

1   Rules 25.1(d)(6), 26.1(b), 28.1, 28.3, 32.1(g), 37.3(a)(1),

2   38.6(a) and (b), 40.1(b), and 49.4.

3      SECTION 23.02.   (a)   All articles of this Act, other than

4   Article 17, take effect September 1, 2003.

5      (b)   Article 17 of this Act takes effect immediately if this

6   Act receives a vote of two-thirds of all the members elected to each

7   house, as provided by Section 39, Article III, Texas Constitution.

8   If this Act does not receive the vote necessary for immediate

9   effect, Article 17 of this Act takes effect September 1, 2003.

10      (c)   Articles 4, 5, and 8 of this Act apply to an action filed

11   on or after July 1, 2003.  An action filed before July 1, 2003, is

12   governed by the law in effect immediately before the change in law

13   made by Articles 4, 5, and 8, and that law is continued in effect for

14   that purpose.

15      (d)   Except as otherwise provided in this section or by a

16   specific provision in an article, this Act applies only to an action

17   filed on or after the effective date of this Act.  An action filed

18   before the effective date of this Act, including an action filed

19   before that date in which a party is joined or designated after that

20   date, is governed by the law in effect immediately before the change

21   in law made by this Act, and that law is continued in effect for that

22   purpose.

23      SECTION 23.03.  If any provision of this Act or its

24   application to any person or circumstance is held invalid, the

25   invalidity does not affect other provisions or applications of this

26   Act that can be given effect without the invalid provision or

27   application, and to this end the provisions of this Act are declared

130

# EXHIBIT NO. 7

FILED _____ O'CLOCK ____ M
AURORA DE LA GARZA
OCT 27 2003
COPY
DISTRICT COURT OF CAMERON COUNTY, TEXAS
_____ DEPUTY

CAUSE NO. 2003-09-4854-C

| | | |
|---|---|---|
| FERNANDO MARROQUIN | § | IN THE DISTRICT COURT OF |
| | § | |
| VS. | § | CAMERON COUNTY, TEXAS |
| | § | |
| THE TOWN OF RANCHO VIEJO, | § | |
| TEXAS and ROBERT MCGINNIS | § | 197TH JUDICIAL DISTRICT |

---

## DEFENDANTS' MOTION FOR HEARING

---

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW the **TOWN OF RANCHO VIEJO, TEXAS** and **ROBERT McGINNIS**,

Defendants in the above styled and numbered cause, and respectfully request that this Court set

a hearing on their Special Exceptions as set forth in Defendants' Original Answer.

Signed on this the 27th day of October, 2003.

Respectfully submitted,

**LAW OFFICE**
**J. ARNOLD AGUILAR**
Artemis Square, Suite H-2
1200 Central Boulevard
Brownsville, Texas 78520
Telephone    :   (956) 504-1100
Facsimile    :   (956) 504-1408

By: _____
J. Arnold Aguilar
State Bar No. 00936270

Attorney for Defendants,
TOWN OF RANCHO VIEJO, TEXAS
and ROBERT McGINNIS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing **DEFENDANTS' MOTION FOR HEARING** has on this the _27th_ day of October, 2003, been forwarded to:

Mr. Ernesto Gamez
Mr. Reynaldo G. Garza, III
**LAW OFFICE OF ERNESTO GAMEZ, JR., P.C.**
777 East Harrison
Brownsville, TX 78520



_____
J. Arnold Aguilar



CAUSE NO. 2003-09-4854-C

| FERNANDO MARROQUIN | § | IN THE DISTRICT COURT OF |
| | § | |
| VS. | § | CAMERON COUNTY, TEXAS |
| | § | |
| THE TOWN OF RANCHO VIEJO, | § | |
| TEXAS and ROBERT MCGINNIS | § | 197TH JUDICIAL DISTRICT |

## ORDER SETTING HEARING

On this the _____ day of _____, 2003, came to be considered **Defendants' Motion for Hearing on Defendants' Special Exceptions** in the above styled and numbered cause of action.  The Court having considered same is of the opinion that a hearing should be held thereon.  IT IS, THEREFORE,

ORDERED that a hearing on said Motion is hereby set for the 17 day of November, 2003, at 9:00 o'clock, a .m., in the 197th Judicial District Court of Cameron County, Texas.

SIGNED this 4 day of November, 2003.

_____
JUDGE PRESIDING

**COPIES SENT TO:**
Mr. Ernesto Gamez, 777 East Harrison Brownsville, TX 78520
J. Arnold Aguilar, 1200 Central Blvd., Suite H-2, Brownsville, TX 78520

NOV 0 5 2003

FILED 6:49 O'CLOCK P M
AURORA DE LA GARZA, DIST. CLERK
NOV 0 4 2003

# EXHIBIT NO. 9

CAUSE NO. 2003-09-4854-C

| | | |
|---|---|---|
| FERNANDO MARROQUIN | § | IN THE DISTRICT COURT OF |
| | § | |
| VS. | § | CAMERON COUNTY, TEXAS |
| | § | |
| THE TOWN OF RANCHO VIEJO, | § | |
| TEXAS and ROBERT MCGINNIS | § | 197TH JUDICIAL DISTRICT |

## ORDER SETTING HEARING

On this _____ day of _____, 2003, came on to be considered **Defendant Town of Rancho Viejo, Texas' Motion to Dismiss Officer Robert McGinnis** in the above styled and numbered cause.

IT IS THEREFORE ORDERED that Defendant's Motion to Dismiss Officer Robert McGinnis be and is hereby set for hearing on the 17 day of November, 2003, at 9:00 o'clock a .m. in the 197th Judicial District Court of Cameron County, Texas.

SIGNED FOR ENTRY this 4 day of November, 2003.

_____
JUDGE PRESIDING

COPIES SENT TO:
Ernesto Gamez, 777 East Harrison, Brownsville, TX 78520
J.Arnold Aguilar, 1200 Central Blvd., Suite H-2, Brownsville, TX 78520

NOV 05 2003

NOV 04 2003



CAUSE NO. 2003-09-4854-C

| | | |
|---|---|---|
| FERNANDO MARROQUIN | § | IN THE DISTRICT COURT OF |
| | § | |
| VS. | § | CAMERON COUNTY, TEXAS |
| | § | |
| THE TOWN OF RANCHO VIEJO, | § | |
| TEXAS and ROBERT MCGINNIS | § | 197TH JUDICIAL DISTRICT |

## ORDER GRANTING DEFENDANT'S MOTION TO DISMISS
## OFFICER ROBERT McGINNIS

On the _____ day of _____, 2003, this cause came for hearing

on **Defendant Town of Rancho Viejo, Texas' Motion to Dismiss Officer Robert McGinnis**.

After hearing the argument of counsel thereon, the Court is of the opinion that

Defendant's Motion to Dismiss Officer Robert McGinnis should be GRANTED;

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that Defendant's Motion

for Dismissal is GRANTED and Officer Robert McGinnis is hereby dismissed as a Defendant

in this action, with prejudice against the refiling of same.

SIGNED on this the ~~17th~~ day of November ~~December~~, 2003.

Nidalia Lopez
JUDGE PRESIDING

**COPIES SENT TO:**
Ernesto Gamez, 777 East Harrison, Brownsville, TX 78520
J.Arnold Aguilar, 1200 Central Blvd., Suite H-2, Brownsville, TX 78520

FILED 9:15 O'CLOCK A M
AURORA DE LA GARZA, DIST. CLERK

NOV 17 2003

DISTRICT COURT, CAMERON COUNTY TEXAS
BY_____DEPUTY

EXHIBIT-11

CAUSE NO. 2003-09-4854-C

| | | |
|---|---|---|
| FERNANDO MARROQUIN | § | IN THE DISTRICT COURT OF |
| | § | |
| VS. | § | CAMERON COUNTY, TEXAS |
| | § | |
| THE TOWN OF RANCHO VIEJO, | § | |
| TEXAS and ROBERT MCGINNIS | § | 197TH JUDICIAL DISTRICT |

## ORDER ON DEFENDANTS' SPECIAL EXCEPTIONS

On this the _____ day of _____, 2003, came on to be considered **Defendant Town of Rancho Viejo, Texas and Robert McGinnis' Special Exceptions**. After considering the same, the Court is of the opinion that Plaintiff Fernando Marroquin should amend his Original Petition to meet Defendants' special exceptions as follows:

| | | |
|---|---|---|
| Special Exception A | Granted ____ | Denied ✓ |
| Special Exception B | Granted ✓ | Denied ____ |
| Special Exception C | Granted ✓ | Denied ____ |
| Special Exception D | Granted ✓ | Denied ____ |
| Special Exception E | Granted ____ | Denied ✓ |
| Special Exception F | Granted ____ | Denied ✓ |
| Special Exception G | Granted ✓ | Denied ____ |
| Special Exception H | Granted ✓ | Denied ____ |

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that Plaintiff Fernando Marroquin amend his Original Petition in accordance with these special exceptions by December 17 , 2003, to meet Defendants Town of Rancho Viejo, Texas and Robert McGinnis' special exceptions.

SIGNED FOR ENTRY on this the 17th day of November , 2003.

Migdalia Lopez
JUDGE PRESIDING

**COPIES SENT TO:**
Mr. Ernesto Gamez, 777 East Harrison Brownsville, TX 78520
J. Arnold Aguilar, 1200 Central Blvd., Suite H-2, Brownsville, TX 78520

NOV 17 2003

FILED 9:15 O'CLOCK A M
AURORA DE LA GARZA, DIST. CLERK

NOV 17 2003
DISTRICT COURT CAMERON COUNTY TEXAS
BY _____ DEPUTY

# EXHIBIT-12

FILED ___4:55___ O'CLOCK ___ M.
AURORA DE LA GARZA DIST. CLERK

'JAN 27 2004

DISTRICT COURT OF CAMERON COUNTY, TEXAS
_____ DEPUTY

CAUSE NO. 2003-09-4854-C

FERNANDO MARROQUIN         §        IN THE DISTRICT COURT OF
                           §
VS.                        §        CAMERON COUNTY, TEXAS
                           §
THE TOWN OF RANCHO VIEJO,   §
TEXAS and ROBERT MCGINNIS   §        197TH JUDICIAL DISTRICT

## DEFENDANT'S REQUEST FOR JURY TRIAL

TO THE HONORABLE JUDGE OF SAID COURT:

Pursuant to Rule 216 of the Texas Rule of Civil Procedure, Defendant **TOWN OF RANCHO VIEJO, TEXAS,** herein has deposited with the Cameron County District Clerk, the jury fee of Thirty and No/100ths ($30.00) and hereby makes this its jury demand in the above styled and numbered cause.

Signed on this _27th_ day of January, 2004.

Respectfully submitted,

**LAW OFFICE**
**J. ARNOLD AGUILAR**
Artemis Square, Suite H-2
1200 Central Boulevard
Brownsville, Texas 78520
Telephone    :  (956) 504-1100
Facsimile    :  (956) 504-1408

By: _____
         J. Arnold Aguilar
         State Bar No. 00936270

Attorney for Defendant,
TOWN OF RANCHO VIEJO, TEXAS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing **DEFENDANT'S REQUEST FOR JURY TRIAL** has on this the _27th_ day of January, 2004, been forwarded to:

Mr. Ernesto Gamez
Mr. Reynaldo G. Garza, III
**LAW OFFICE OF ERNESTO GAMEZ, JR., P.C.**
777 East Harrison
Brownsville, TX 78520

J. Arnold Aguilar

# EXHIBIT-13

COPY

<u>CAUSE NO. 2003-09-4854-C</u>

| | | |
|---|---|---|
| **FERNANDO MARROQUIN** | § | **IN THE DISTRICT COURT OF** |
| | § | |
| **VS.** | § | **CAMERON COUNTY, TEXAS** |
| | § | |
| **THE TOWN OF RANCHO VIEJO** | § | |
| **TEXAS and ROBERT MCGINNIS** | § | **197TH JUDICIAL DISTRICT** |

## <u>MOTION FOR TRIAL SETTING</u>

**TO THE HONORABLE JUDGE OF SAID COURT:**

     **COMES NOW, FERNANDO MARROQUIN**, Plaintiff, in the above-styled and

numbered cause and files this **Motion for Trial Setting** to set this cause for trial.

                 Respectfully submitted,

                 LAW OFFICES OF
                 ERNESTO GAMEZ, JR., P.C.
                 777 East Harrison Street
                 Brownsville, Texas 78520
                 TEL/(956) 541-3820
                 FAX/(956) 541-7694
                 E-Mail: <u>egamezlaw@aol.com</u>

     BY:                           
                 REYNALDO G. GARZA, III
                 State Bar No. 2400806
                 County Id. 9919
                 **Attorneys for Plaintiff**
                 **FERNANDO MARROQUIN**

## CERTIFICATE OF SERVICE

I, **REYNALDO G. GARZA, III**, hereby certify that on this **9**[th] day of **February,**

**2004**, a true and correct copy of a **Motion for Trial Setting** was served in accordance

with the Texas Rules of Civil Procedure **Via First Class Mail** to Hon. J. Arnold Aguilar, Law

**Office of J. Arnold Aguilar**, Artemis Square, Suite H-2, 1200 Central Boulevard,

Brownsville, Texas 78520.

_____
**REYNALDO G. GARZA, III**

# EXHIBIT-14

**CAUSE NO.  2003-09-4854-C**

| | | |
|---|---|---|
| **FERNANDO MARROQUIN** | § | IN THE DISTRICT COURT |
| | § | |
| **VS** | § | 197th JUDICIAL DISTRICT |
| | § | |
| **TOWN OF RANCHO VIEJO, ET AL** | § | **CAMERON COUNTY, TX** |

## ORDER SETTING HEARING

Court's petition for **Motion for Trial Setting,** on the above styled and numbered

cause, is hereby set for hearing on **February 26, 2004, at 10:00 a.m.,** in the 197th District

Court, telephonically, please contact the Court Coordinator at (956) 574-8150.

Signed for entry this **6th** day of **February, 2004.**

_Migdalia López_

JUDGE PRESIDING

**COPIES TO:**
HON. ERNESTO GAMEZ, JR
HON. ARNOLD AGUILAR
HON. JOHN J JORDAN, JR

FILED _8:00_ O'CLOCK _Q_ M
AURORA DE LA GARZA. DIST. CLERK

FEB 09 2004

DISTRICT COURT, CAMERON COUNTY TEXAS
BY _____

EXHIBIT-15

CAUSE NO. 2003-09-4854-C

| | | |
|---|---|---|
| FERNANDO MARROQUIN | & | IN THE DISTRICT COURT OF |
| | & | |
| | & | |
| VS. | & | CAMERON COUNTY, TEXAS |
| | & | |
| THE TOWN OF RANCHO VIEJO, | & | |
| TEXAS AND ROBERT MGINNIS | & | 197TH JUDICIAL DISTRICT |

## PLAINTIFF FERNANDO MARROQUIN'S OBJECTIONS, ANSWERS, AND RESPONSES TO DEFENDANT TOWN OF RANCHO VIEJO, TEXAS' FIRST SET OF INTERROGATORIES AND REQUEST FOR PRODUCTION

TO:  THE TOWN OF RANCHO VIEJO, TEXAS, Defendant, by and through its attorney of record, Hon. J. Arnold Aguilar, **Law Office of J. Arnold Aguilar**, Artemis Square, Suite H-2, 1200 Central Boulevard, Brownsville, Texas, 78520.

COMES NOW, FERNANDO MARROQUIN, Plaintiff in the above-styled and numbered cause of action, and serves the following original **Objections, Answers and Responses to Defendant Town of Rancho Viejo, Texas' First Set of Interrogatories and Request for Production** on Defendant's counsel of record under the provisions of Rules 196 and 197 of the Texas Rules of Civil Procedure.

Respectfully submitted,

**LAW OFFICES OF
ERNESTO GAMEZ, JR., P.C.**
777 E. Harrison Street
Brownsville, Texas  78520
TEL/ (956) 541-3820
FAX/ (956) 541-7694
E-Mail: egamezlaw@aol.com

BY: _____

**REYNALDO G. GARZA, III**
State Bar No. 2400806
County Id. No. 9919

Attorneys for Plaintiff
**FERNANDO MARROQUIN**

## CERTIFICATE OF SERVICE

I, **REYNALDO G. GARZA, III**, hereby certify that on this **15th** day of **March, 2004**, the foregoing original **Plaintiff Fernando Marroquin's Objections, Answers and Responses to The Town of Rancho Viejo, Texas' First Set of Interrogatories and Requests for Production** were served <u>**Via Hand-Delivery**</u> upon Defendant's counsel of record, Hon. J. Arnold Aguilar, **Law Office of J. Arnold Aguilar**, Artemis Square, Suite H-2, 1200 Central Boulevard, Brownsville, Texas, 78520.

_____
**REYNALDO G. GARZA, III**

# PLAINTIFF FERNANDO MARROQUIN'S OBJECTIONS, ANSWERS, AND RESPONSES TO DEFENDANT TOWN OF RANCHO VIEJO, TEXAS' FIRST SET OF INTERROGATORIES AND REQUEST FOR PRODUCTION

**INTERROGATORY NO. 1:**      Please state:

    (a)    Your full name and any other names you have ever used during your lifetime, including any nicknames attributed to you:

        **Fernando Gonzalez Marroquin**

    (b)    Your date of birth, birth place, and country of citizenship;

        **July 30, 1949**
        **Cd. Valles, S.L.P.**
        **Tampico, Tamaulipas, Mexico**

    (c)    All social security numbers ever held by you;

        **I do not have a social security card in the United States. I have a Mexican Social Security Number, which is as follows:**

        **Secretaria De Hacienda y Credito Publico**
        **Registro Federal de Causantes**
        **Cedula Personal**
        **Numero de Registro: TE-MAGF-490730**

    (d)    All drivers licenses, types, numbers, and by whom issued, held by you at any time;

        **Gobierno Del Estado De Mexico**
        **Secretaria General de Gobierno**
        **Licencia de Automovilista #02A0217407**

        **(Mexican Driver's License)**



# LIST OF ATTORNEYS

ATTORNEYS FOR PLAINTIFF FERNANDO MARROQUIN

> Ernesto Gamez, Jr.
> State Bar No. 07606600
> Federal Adm. No. _____
>
> Reynaldo G. Garza, III
> State Bar No. 2400806
> Federal Adm. No. _____
>
> **LAW OFFICE OF ERNESTO GAMEZ, JR., P.C.**
> 777 East Harrison
> Brownsville, TX 78520
> Telephone:  (956) 541-3820
> Facsimile:  (956) 541-7694

ATTORNEYS FOR DEFENDANT TOWN OF RANCHO VIEJO, TEXAS

> J. Arnold Aguilar
> State Bar No. 00936270
> Federal Adm. No. 6822
>
> John J. Jordan, Jr.
> State Bar No. 00796852
> Federal Adm. No. 21304
>
> **LAW OFFICE J. ARNOLD AGUILAR**
> Artemis Square, Suite H-2
> 1200 Central Boulevard
> Brownsville, TX  78520
> Telephone: (956) 504-1100
> Facsimile: (956) 504-1408

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| FERNANDO MARROQUIN | § | |
| | § | CIVIL ACTION NO. |
| VS. | § | **B-04-061** |
| | § | |
| THE TOWN OF RANCHO VIEJO, TEXAS | § | |

## NOTICE TO THE PLAINTIFF OF FILING
## OF NOTICE OF REMOVAL

TO:    Fernando Marroquin

By and through his attorneys of record:
Mr. Ernesto Gamez
Mr. Reynaldo G. Garza, III
**LAW OFFICE OF ERNESTO GAMEZ, JR., P.C.**
777 East Harrison
Brownsville, TX 78520

Pursuant to Title 28 U.S.C., Section 1446(b), as amended, you are notified that on the 7th day of April, 2004, in the above entitled and numbered cause (being Cause No.2003-09-4854-C in 197th Judicial District Court of Cameron County, Texas), the Defendant filed its Notice of Removal, in the United States District Court for the Southern District of Texas, Brownsville Division. Copies of such Notice and other papers so filed are enclosed herewith.

v:\fp\removals\309-03.plf                                                PAGE 1

Signed on this the _6th_ day of April, 2004.

Respectfully submitted,

**LAW OFFICE**
**J. ARNOLD AGUILAR**
Artemis Square, Suite H-2
1200 Central Boulevard
Brownsville, Texas 78520
Telephone    :  (956) 504-1100
Facsimile    :  (956) 504-1408

By: _____
J. Arnold Aguilar
State Bar No. 00936270
Federal Adm. No. 6822

John J. Jordan, Jr.
State Bar No. 00796852
Federal Adm. No. 21304

Attorneys for Defendant,
TOWN OF RANCHO VIEJO, TEXAS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing **NOTICE TO THE PLAINTIFF OF FILING OF NOTICE OF REMOVAL** has on this the ___7ᵗʰ___ day of April, 2004, been forwarded via certified mail, return receipt requested to:

> Mr. Ernesto Gamez
> Mr. Reynaldo G. Garza, III
> **LAW OFFICE OF ERNESTO GAMEZ, JR., P.C.**
> 777 East Harrison
> Brownsville, TX 78520

J. Arnold Aguilar

v:\fp\removals\309-03.plf                                                                 PAGE 3

CAUSE NO. 2003-09-4854-C

| | | |
|---|---|---|
| FERNANDO MARROQUIN | § | IN THE DISTRICT COURT OF |
| | § | |
| VS. | § | CAMERON COUNTY, TEXAS |
| | § | |
| THE TOWN OF RANCHO VIEJO, TEXAS | § | 197TH JUDICIAL DISTRICT |

**NOTICE TO THE DISTRICT CLERK OF FILING
OF NOTICE OF REMOVAL**

TO:    Aurora De La Garza
       Clerk of the District Courts
       Cameron County Courthouse
       974 E. Harrison, 3rd Floor
       Brownsville, TX  78520

You will please take notice that Defendant TOWN OF RANCHO VIEJO, TEXAS has

filed in the United States District Court for the Southern District of Texas, Brownsville Division,

a Notice of Removal of the cause styled *Fernando Marroquin vs. The Town of Rancho Viejo,*

*Texas and Robert McGinnis,* originally filed in the 197th Judicial District Court of Cameron

County, Texas, Cause No. 2003-09-4854-C, and that a true and correct copy of said Notice of

Removal, without copies of attachments, is being filed with the Clerk of the 197th Judicial

District Court, to thereby effect a removal to said United States District Court for the Southern

District of Texas, Brownsville Division, and that the State Court shall proceed no further, unless

the cause is remanded.  Copies of said Notice of Removal, without copies of attachments, are

attached to this notice.

v:\fp\removal\309-03.clk                                                    PAGE 1

Witness the signature of Defendant, through its attorney of record, on the 6th day of April, 2004.

Signed on this the 6th day of April, 2004.

Respectfully submitted,

**LAW OFFICE
J. ARNOLD AGUILAR**
Artemis Square, Suite H-2
1200 Central Boulevard
Brownsville, Texas 78520
Telephone    :  (956) 504-1100
Facsimile    :  (956) 504-1408

By: _____
    J. Arnold Aguilar
    State Bar No. 00936270
    Federal Adm. No. 6822

Attorney for Defendant,
TOWN OF RANCHO VIEJO, TEXAS

v:\fp\removal\309-03.clk                                        PAGE 2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing **NOTICE TO THE DISTRICT CLERK OF FILING OF NOTICE OF REMOVAL** has on this the 7th day April, 2004, been forwarded via certified mail, return receipt requested to:


Mr. Ernesto Gamez
Mr. Reynaldo G. Garza, III
**LAW OFFICE OF ERNESTO GAMEZ, JR., P.C.**
777 East Harrison
Brownsville, TX 78520


J. Arnold Aguilar

v:\fp\removal\309-03.clk

PAGE 3