United States District Court
Southern District of Texas
FILED

APR 0 8 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| FERNANDO MARROQUIN | § | |
| | § | CIVIL ACTION NO. |
| VS. | § | |
| | § | B - 04 - 061 |
| THE TOWN OF RANCHO VIEJO, TEXAS | § | |

## DEFENDANT'S CERTIFICATE OF DISCLOSURE
## OF INTERESTED PARTIES

TO THE HONORABLE U.S. DISTRICT COURT:

COME NOW the **TOWN OF RANCHO VIEJO, TEXAS**, Defendant herein and files this its Certificate of Disclosure of Interested Parties in the outcome of this litigation as follows:

(1) **PLAINTIFF:**
Fernando Marroquin

(2) **ATTORNEYS FOR PLAINTIFF:**
Ernesto Gamez, Jr.
Reynaldo G. Garza, III
**LAW OFFICE OF ERNESTO GAMEZ, JR., P.C.**
777 East Harrison
Brownsville, TX 78520

(3)  **DEFENDANT:**
Town of Rancho Viejo, Texas


(4)  **ATTORNEYS FOR DEFENDANT:**
J. Arnold Aguilar
John J. Jordan, Jr.
LAW OFFICE J. ARNOLD AGUILAR
Artemis Square, Suite H-2
1200 Central Boulevard
Brownsville, TX 78520


(5)  Risk Pool Association
TEXAS MUNICIPAL LEAGUE INTERGOVERNMENTAL RISK POOL
P. O. Box 149194
Austin, TX 78714-9194


Signed on this the 8th day of April, 2004.

                Respectfully submitted,

                **LAW OFFICE**
                **J. ARNOLD AGUILAR**
                Artemis Square, Suite H-2
                1200 Central Boulevard
                Brownsville, Texas 78520
                Telephone  : (956) 504-1100
                Facsimile   : (956) 504-1408


By: _____
      J. Arnold Aguilar
      State Bar No. 00936270
      Federal Adm. No. 6822

John J. Jordan, Jr.
State Bar No. 00796852
Federal Adm. No. 21304

Attorneys for Defendant,
TOWN OF RANCHO VIEJO, TEXAS