United States District Court
Southern District of Texas
FILED

APR 0 9 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHER DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| FERNANDO MARROQUIN,<br>     Plaintiff | § § § | |
| VS. | § § | CIVIL ACTION NO. B-04-061 |
| THE TOWN OF RANCHO VIEJO<br>TEXAS,<br>     Defendant | § § § | |

## PLAINTIFF'S MOTION TO REMAND

TO THE HONORABLE JUDGE OF SAID COURT:

**NOW COMES FERNANDO MARROQUIN** and files this his **Motion To Remand** pursuant to 28 U.S.C. §1447 and Federal Rule of Civil Procedure 81©), and would respectfully show unto the court as follows:

### I.

## This case is not removable because of the "No Local Defendant Rule" contained in 28 U.S.C . § 1441 (b).

28 U.S.C . § 1441 (b) reads in pertinent part as follows:

> Any civil action of which the district courts have original jurisdiction founded on a claim or right arising under the constitution, treatise or laws of the united states or laws of the United States shall be removable without regard to the citizenship of the parties. Any other such action shall be removable **only if none of the parties in interest properly joined and served as defendants is a citizen of the state in which such action is brought.**

Even if there is complete diversity, the "no local defendant rule" of 28 U.S.C. §1441(b) requires that if any defendant is a citizen of the state in which the action is filed, the case may not be removed to federal court. **Getty Oil Corp. v. Insurance Co. of North America**, 841 F.2d 1254, 1258 (5th Cir. 1988). In the present case, the Defendant, Town of Rancho Viejo, is by its own admission a citizen of the State of Texas. Therefore remand based upon diversity jurisdiction is improper.

## II.

### This case is also not removable because there is no "federal question" raised by the Plaintiff's Pleadings and none is intended by the Plaintiff.

Plaintiff would show to the Court that the claims raised herein are based entirely upon Texas state law. More specifically, Plaintiff has only raised a claim for common law negligence as well as a claim pursuant to the Texas Torts Claims Act. No federal statute or constitutional provision is invoked in the Plaintiff's pleadings.

## III.

### An award of Attorney's Fees is appropriate if the Court grants this Motion for Remand pursuant to 28 U.S.C. §1447 (c).

Counsel for Plaintiff has incurred unnecessary and unreasonable expenses in that counsel has been forced to prepare this motion to remand, and file it with the District Court. The reasonable and necessary fees incurred in preparing this motion to remand are **$750.00**. See the affidavit of attorney Reynaldo G. Garza, III attached hereto as **Exhibit "A"**.

Respectfully submitted,

LAW OFFICES OF
ERNESTO GAMEZ, JR., P.C.
777 EAST HARRISON STREET
BROWNSVILLE, TEXAS   78520
TEL/ (956) 541-3820
FAX/ (956) 541-7694
E-MAIL: egamezlaw@aol.com

BY: _____
**REYNALDO G. GARZA, III**
State Bar No. 24008806
Federal ID No. 23747

Attorneys for Plaintiff
**FERNANDO MARROQUIN**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a complete copy of the foregoing document, **PLAINTIFF'S NOTICE OF FINANCIALLY INTERESTED PARTIES**, was forwarded to the following in accordance with the Federal Rules of Criminal Procedure on this **9th** day of **April, 2004.**

| | |
|---|---|
| Hon. J. Arnold Aguilar<br>**Law Office of J. Arnold Aguilar**<br>Artemis Square, Suite H-2<br>1200 Central Blvd.<br>Brownsville, Texas 78520 | **Via Facsimile (956) 504-1408**<br>**and First Class Mail** |

_____
**REYNALDO G. GARZA, III**

Page -3-

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHER DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **FERNANDO MARROQUIN,** § | | |
| Plaintiff § | | |
| § | | |
| **VS.** § | | |
| § | CIVIL ACTION NO. B-04-061 | |
| **THE TOWN OF RANCHO VIEJO** § | | |
| **TEXAS,** § | | |
| Defendant § | | |

## ATTORNEY REYNALDO G. GARZA, III'S SWORN AFFIDAVIT IN SUPPORT OF ATTORNEY S FEES AND COSTS FOR MOTION TO REMAND

"I, Reynaldo G. Garza, III, do hereby certify, swear and affirm that I am legally capable of making this affidavit and that the facts contained herein are within my personal knowledge and are true and correct."

"I am a licensed attorney in south Texas, and have practiced in the District Court of the Souther District of Texas since 1999. I am familiar with the hourly billing rates of attorneys in south Texas, and especially familiar with the rates billed for practice in the Federal Courts in South Texas. Two Hundred (200) dollars per hour is a reasonable attorney fee for a practitioner in the Federal Courts of South Texas."

"I have spent approximately three and one half (3.5) hours in the preparation of Plaintiff's Motion to Remand. Secretary, fax, copy and postage costs are approximately fifty (50) dollars, and these costs are also reasonable for South Texas. Therefore, considering that $200 per hour is a reasonable attorney's fee and $50 dollars are reasonable costs, the attorney's fees and costs of $750 requested herein is reasonable and was necessary.

Further affiant sayeth not.

_____
REYNALDO G. GARZA, III

Subscribed and sworn before me on this the 9th day of April_____, 2004.

_____
Notary for the State of Texas



TANYA PEREZ
MY COMMISSION EXPIRES
May 12, 2006