

United States District Court
Southern District of Texas
FILED
APR 21 2004
Michael N. Milby
Clerk of Court

# CERTIFICATE OF CONFERENCE

I, **REYNALDO G. GARZA, III**, hereby certify that on this **21st** day of **April 2004**, I conferred with Hon. J. Arnold Aguilar, Attorney for Defendant The Town of Rancho Viejo, Texas, to discuss the filing of **Plaintiff's Motion to Remand**, and he advised me that he is not opposed to this cause of action being remanded to state court in Cause No. 2003-09-4854-C entitled Fernando Marroquin vs. The Town of Rancho Viejo, Texas.

_____
**REYNALDO G. GARZA, III**