

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
South...
APR 2 2 2004
Michael N. Milby
Clerk of Court

| | |
|---|---|
| **FERNANDO MARROQUIN,** Plaintiff | § § § |
| VS. | § § |
| **THE TOWN OF RANCHO VIEJO,** Defendant | § § § |

CIVIL ACTION NO. B-04-061

## NOTICE OF FINANCIALLY INTERESTED PARTIES

**TO THE HONORABLE JUDGE OF SAID COURT:**

**NOW COMES**, Plaintiff Fernando Marroquin and files this Notice of Financially Interested Parties pursuant to Paragraph 2 of the Order Setting Conference received on or about July 30, 2003. Plaintiff provides the Court with the following information:

1. Fernando Marroquin-Plaintiff
2. The Town of Rancho Viejo, Texas-Defendant
3. The Plaintiff's attorneys of record are Reynaldo G. Garza, III and Ernesto Gamez, Jr. with the Law Offices of Ernesto Gamez, Jr., P.C.
4. The Defendant's attorney of record is J. Arnold Aguilar with the Law Office of J. Arnold Aguilar

Respectfully Submitted,

LAW OFFICES OF
ERNESTO GAMEZ, JR., P.C.
777 East Harrison Street
Brownsville, Texas 78520
Telephone No.: (956) 541-3820
Fax No.: (956) 541-7694

By: _____
**REYNALDO G. GARZA, III**
State Bar No. 2400806
Federal Id. 23747
Attorneys for Plaintiff
**FERNANDO MARROQUIN**

## CERTIFICATE OF SERVICE

I, **REYNALDO G. GARZA, III**, hereby certify that a complete copy of the **Notice of Financially Interested Parties** was forwarded **Via Facsimile (956) 504-1408** and **First Class Mail** to Hon. J. Arnold Aguilar, **Law Office of J. Arnold Aguilar**, Artemis Square, Suite H-2, 1200 Central Boulevard, Brownsville, Texas 78520. on this 22nd day of April, 2004.

_____
**REYNALDO G. GARZA, III**