IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 1 0 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| **FERNANDO MARROQUIN**<br>Plaintiff | §<br>§<br>§ | |
| VS. | §<br>§<br>§ | **CIVIL ACTION NO. B-04-061** |
| **THE TOWN OF RANCHO VIEJO, TEXAS**<br>Defendant | §<br>§<br>§ | |

### ORDER ON PLAINTIFF'S MOTION TO REMAND

On this the 7th day of May, 2004, came to be considered **Plaintiff's Motion to Remand** filed in the above-styled and numbered cause. The Court, after considering **Plaintiff's Motion to Remand**, and the argument of counsel, orders as follows:

**IT IS HEREBY ORDERED** that **Plaintiff's Motion to Remand** is hereby **GRANTED/~~DENIED~~** in its entirety.

**IT IS FURTHER ORDERED** that this cause of action is remanded to state court in Cause No. 2003-09-4854-C entitled Fernando Marroquin vs. The Town of Rancho Viejo, Texas.

**SIGNED** on this 7th day of ~~April~~ May, 2004.

_____
**U.S. DISTRICT JUDGE**

xc: Hon. Reynaldo G. Garza, III
     **Law Offices of Ernesto Gamez, Jr., P.C.**
     777 East Harrison Street
     Brownsville, Texas 78520

Hon. J. Arnold Aguilar
**Law Office of J. Arnold Aguilar**
Artemis Square, Suite H-2
1200 Central Boulevard
Brownsville, Texas 78520